1    Jonathan D. Selbin (State Bar No. 170222)
     jselbin@lchb.com
2    Kristen E. Law-Sagafi (State Bar No. 222249)
     ksagafi@lchb.com
3    LIEFF CABRASER HEIMANN &
     BERNSTEIN, LLP
4    275 Battery Street, 29th Floor
     San Francisco, CA  94111
5    Telephone:  415-956-1000
     Facsimile:  415-956-1008
6
     [Additional attorneys listed on signature page]
7
     *Attorneys for Plaintiffs*
8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

11

12   PHYLLIS GRODZITSKY,              Case No.  2:12-cv-01142-SVW-PLA
     JEREMY BORDELON, MARK
13   DAVID OLSON, STEPHANIE          **PLAINTIFFS' NOTICE OF FILING
     MANZO, and SOHAL SHAH, on       SUPPLEMENTAL AUTHORITY**
14   behalf of themselves and all others
     similarly situated,             **Hon. Judge Stephen V. Wilson**
15
                    Plaintiffs,       **Hon. Maj. Judge Paul L. Adams**
16
     v.                               **DEMAND FOR JURY TRIAL**
17
     AMERICAN HONDA MOTOR
18   CO., INC.,
19                  Defendant.
20

21

22

23        Plaintiffs hereby submit as supplemental authority the Seventh Circuit's

24   recent decision in *Butler v. Sears, Roebuck and Co.*, Case Nos. 11-8029, 12-8030

25   (7th Cir. Nov. 13, 2012) (attached hereto as Ex. 1).  This decision is relevant to

26   predominance issues raised on pages 8-12 of Plaintiffs' Memorandum of Points and

27   Authorities in Opposition to Honda's Motion to Strike Class Allegations and

28   Certain Other Portions of Plaintiffs' Master Class Action Complaint (First

1    Amended Complaint) (Doc. 41).

2

3    Dated:  November 15, 2012          LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
4

5

6

7                                       By:_____
                                              Jonathan D. Selbin
8
                                        Jonathan D. Selbin (State Bar No. 170222)
9                                       jselbin@lchb.com
                                        Kristen E. Law-Sagafi (State Bar No. 222249)
10                                      ksagafi@lchb.com
                                        LIEFF CABRASER HEIMANN &
11                                      BERNSTEIN, LLP
                                        275 Battery Street, 29th Floor
12                                      San Francisco, CA  94111
                                        Telephone:  415-956-1000
13                                      Facsimile:  415-956-1008

14                                      Mark P. Chalos (*pro hac vice*)
                                        mchalos@lchb.com
15                                      LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
16                                      One Nashville Place
                                        150 Fourth Avenue, Suite 1650
17                                      Nashville, TN  37219-2423

18
                                        Annika K. Martin (*pro hac vice*)
19                                      akmartin@lchb.com
                                        LIEFF CABRASER HEIMANN &
20                                      BERNSTEIN, LLP
                                        250 Hudson Street, 8th Floor
21                                      New York, NY  10013-1413

22                                      *Attorneys for Grodzitsky Plaintiffs*

23

24

25

26

27

28

1066798.3                    - 2 -          NOTICE OF FILING SUPPLEMENTAL AUTHORITY
                                            CASE NO. 2:12-CV-01142-SVW-PLA

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on November 15, 2012, I electronically transmitted the

3

attached document(s) to the Clerk's office using the CM/ECF System for filing and

4

to serve as notice of electronic filing to all parties registered with CM/ECF, as

5

indicated below:

6

Paul G. Cereghini
*paul.cereghini@bowmanandbrooke.com*

7

Marion V. Mauch
*marion.mauch@bowmanandbrooke.com*

8

BOWMAN AND BROOKE LLP
879 West 190th Street, Suite 700

9

Gardena, CA  90248-4227
(301) 768-3068

10

11

*Attorneys for Defendant AMERICAN HONDA MOTOR
CO., INC.*

12

Ryan L. Nilsen
*ryan.nilsen@bowmanandbrooke.com*

13

150 South Fifth Street, Suite 3000
Minneapolis, MN  55402

14

(612) 339-8682

15

*Attorney for Defendant AMERICAN HONDA MOTOR
CO., INC.*

16

17

18

19

Dated:  November 15, 2012

20

_____
ANNIKA K. MARTIN

21

22

23

24

25

26

27

28

- 3 -

NOTICE OF FILING SUPPLEMENTAL AUTHORITY
CASE NO. 2:12-CV-01142-SVW-PLA