# Exhibit 1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHYLLIS GRODZITSKY and JEREMY BORDELON, on behalf of themselves and all others similarly situated, | Case No. _____ |
| Plaintiffs, | **DECLARATION OF PHYLLIS GRODZITSKY IN SUPPORT OF FILING CLASS ACTION COMPLAINT IN THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, PURSUANT TO CAL. CIV. CODE § 1780(d)** |
| vs. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

I, Phyllis Grodzitsky, under penalty of perjury, do hereby state as follows:

1.      I am over the age of eighteen (18), and a Named Plaintiff and proposed Class Representative in the above-entitled action. This Declaration, which is based on my personal knowledge of the facts stated herein, is submitted in support of the Class Action Complaint filed concurrently herewith, pursuant to Cal. Civ. Code § 1780(d).

2.      As Named Plaintiff, I bring this action for money damages, equitable relief, and restitution on behalf of myself and all similarly-situated individuals and entities who were harmed by the practices described in the Complaint.

3.      As detailed in the Complaint, a substantial portion of the conduct at issue in this litigation occurred within the Central District of California and, more specifically, in Los Angeles County, California, because Defendant American Honda Motor Co., Inc. has its principal place of business in Torrance, Los Angeles County, California.

I declare that the foregoing is true and correct.  Executed in San Diego, California on February 8, 2012.


PHYLLIS GRODZITSKY

962771.1

- 2 -

DECLARATION OF PHYLLIS GRODZITSKY  IN SUPPORT OF FILING CLASS ACTION COMPLAINT