# Exhibit 5

**ALLDATA Online** Home | Account | Contact ALLDATA | Log Out | Help

**CAR-X AUTO CENTER #3**
**CAR-02**

Select Vehicle | New TSBs | Technician's Reference    Component Search: [    ] OK

Conversion Calculator

### 1994 Honda Accord L4-2.2L SOHC VTEC

Vehicle Level → Windows and Glass → Technical Service Bulletins → All Technical Service Bulletins → Windows - Front Door Glass Comes Out of Run Channel

## Windows - Front Door Glass Comes Out of Run Channel

97-060

September 22, 1997

Applies To: 1994-97 Accord 4-door - All

Front Door Glass Comes Out of Run Channel

**SYMPTOM**
When operating a front window (power or manual), the rear edge of the glass comes out of the B-pillar run channel.

**PROBABLE CAUSE**
The window regulator is out of adjustment.

| OP # | Description | FRT | Template ID |
|---|---|---|---|
| 826308 | Adjust left front window regulator, front channel, and glass | 0.4 | 97-060A |
| 827308 | Adjust right front window regulator, front channel, and glass | 0.4 | 97-060B |
| 826309 | Adjust both front window regulators, front channels, and glass | 0.8 | 97-060C |

Zoom    Sized for Print

**CORRECTIVE ACTION**
Adjust the window regulator, the front channel, and the glass.

**WARRANTY CLAIM INFORMATION**
In warranty:
The normal warranty applies.

```
Failed part:   P/N 72250-SV4-A11, H/C 4272282
```

```
Defect code:     030

Contention code: B01

Skill level:     Repair Technician
```

Out of warranty:
Any repair performed after warranty expiration may be eligible for goodwill consideration by the District Service Manager or your Zone Office. You must request consideration, and get a decision, before starting work.

REQUIRED MATERIALS

```
Thread Lock 3: P/N 08713-0003, H/C 2963841
```

© 2012 ALLDATA LLC. All rights reserved.
Terms of Use



**ALLDATA Online** Home | Account | Contact ALLDATA | Log Out | Help

**CAR-X AUTO CENTER #3**
**CAR-02**

Select Vehicle | New TSBs | Technician's Reference    Component Search: [____] OK

Conversion Calculator

### 1994 Honda Accord L4-2.2L SOHC VTEC

Vehicle Level → Windows and Glass → Technical Service Bulletins → All Technical Service Bulletins → Windows - Front Door Glass Comes Out of Run Channel → Repair Procedure

## Repair Procedure

1. Remove the front door panel. See section 20 of the appropriate Accord S/M.
2. Using a razor blade to cut through the adhesive, carefully peel back the plastic cover (rain protector) enough to expose the regulator, glass, and front channel fasteners.



[Zoom]  [Sized for Print]

3. Adjust the front channel.





4. Adjust the window regulator.



5. Adjust the glass.
6. Reinstall the plastic cover and the door panel.
7. Check the operation of the window.
8. If needed, repeat steps 1 through 7 on the other front door.

82

© 2012 ALLDATA LLC. All rights reserved.
Terms of Use