# Exhibit 6

**ALLDATA Online** Home | Account | Contact ALLDATA | Log Out | Help

**CAR-X AUTO CENTER #3**
**CAR-02**

Select Vehicle | New TSBs | Technician's Reference   Component Search: [  ] OK

Conversion Calculator

**2007 Honda Civic L4-1.8L**

Vehicle Level → Windows and Glass → Technical Service Bulletins → All Technical Service Bulletins → Body - Front Door Glass Comes Out Of Run Channel ←

## Body - Front Door Glass Comes Out Of Run Channel

06-014

July 7, 2009

*Applies To:
2006-08 Civic 4-Door - ALL Japan-Produced (VIN begins with JHM)
2007-08 Civic Hybrid - ALL
2009 Civic Hybrid - From VIN JHMFA3...98000001 thru JHMFA3...98019119*

Front Door Glass Comes Out of the Channel

(Supersedes 06-014, dated September 7, 2007, to revise the information marked by the black bars)

*REVISION SUMMARY

^ In Applies To, the VIN ranges for the 2006-08 Civic 4-Door and the 2007-09 Civic Hybrid models were changed.

^ Under PARTS INFORMATION, the part number and Honda code for the Front Window Regulator were changed.*

SYMPTOM

The glass in the driver's or front passenger's door comes out of the run channel, or it binds and then stalls when you try to close the window.

PROBABLE CAUSE

The manufacturing tolerances are not within specification for the glass run channel, the door glass, and the window regulator.

CORRECTIVE ACTION

Replace the glass run channel, the door glass, and the window regulator.

http://www.alldatapro.com/alldata/PRO~V262069368~C42975~R0~OD~N/0/121547197/... 2/18/2012

```
Front Glass Run Channel:
  Driver's side --
    P/N 72275-SNA-A01, H/C 8053498
  Passenger's side --
    P/N 72235-SNA-A01, H/C 8053449
Front Window Regulator:
  Driver's side (if needed) --
    P/N 72250-SNA-A03, H/C 9137969
  Passenger's side (if needed) --
    P/N 72210-SNA-A03, H/C 9137951
Front Door Glass:
  Driver's side --
    P/N 73350-SNA-A12, H/C 8608739
    (EX, LX, and Hybrid models)
    P/N 73350-SNA-A02, H/C 8608713 (DX model)
  Passenger's side --
    P/N 73300-SNA-A12, H/C 8608721
    (EX, LX, and Hybrid models)
    P/N 73300-SNA-A02, H/C 8608705 (DX model)
```

[Zoom]   [Sized for Print]

## PARTS INFORMATION

## REQUIRED MATERIALS

Shin Etsu Silicone Grease: P/N 08798-9013, H/C 4642294
(One tube repairs about 20 vehicles.)

## WARRANTY CLAIM INFORMATION

| OP# | Description | FRT |
|---|---|---|
| 8261A0 | Replace the driver's door glass and the window regulator. | 0.7 |
| A | Replace the driver's door glass run channel. | 0.3 |
| 8271A0 | Replace the front passenger's door glass and the window regulator. | 0.7 |
| A | Replace the front passenger's door glass run channel. | 0.3 |

[Zoom]   [Sized for Print]

**In warranty:**
The normal warranty applies.

```
Failed Part:        P/N 72275-SNA-A11
                    H/C 8303257
```

```
Defect Code:      03001

Symptom Code:     08202

Skill Level:      Repair Technician
```

Out of warranty:
Any repair performed after warranty expiration may be eligible for goodwill consideration by the District Parts and Service Manager or your Zone Office. You must request consideration, and get a decision, before starting work.

REPAIR PROCEDURE

1. Remove the appropriate front inner door panel:

   ^ Refer to page 20-12 of the 2006-2009 Civic Service Manual or page 20-7 of the 2006-2009 Civic Hybrid Service Manual, or

   ^ Online, enter keywords PANEL REM, then select Front Door Panel Removal/Installation (4-door) from the list.

2. Remove the door glass:

   ^ Refer to page 20-19 of the 2006-2009 Civic Service Manual or page 20-14 of the 2006-2009 Civic Hybrid Service Manual, or

   ^ Online, enter keywords DOOR GLASS, then select Front Door Glass and Regulator Replacement from the list.



[Zoom]   [Sized for Print]

3. Replace the glass run channel. Lightly coat the inside of the glass run channel with Shin Etsu silicone grease.
4. Replace the window regulator and the door glass with new parts:

- ^ Refer to page 20-19 of the 2006-2009 Civic Service Manual or page 20-14 of the 2006-2009 Civic Hybrid Service Manual, or
  - ^ Online, enter keywords DOOR GLASS, then select Front Door Glass and Regulator Replacement from the list.

5. Adjust the window to make sure the glass is pushed to the back of the door, then tighten the glass mounting bolts:

   - ^ Refer to page 20-35 of the 2006-2009 Civic Service Manual or page 20-28 of the 2006-2009 Civic Hybrid Service Manual, or
   - ^ Online, enter keywords GLASS ADJUST, then select Glass Adjustment from the list.

6. Reassemble the remaining parts in the reverse order of removal.
7. Do the power window control unit reset procedure:

   - ^ Refer to page 22-255 of the 2006-2009 Civic Service Manual or page 22-193 of the 2006-2009 Civic Hybrid Service Manual, or
   - ^ Online, enter keyword RESET, then select Power Window Control Unit Reset from the list.

© 2012 ALLDATA LLC. All rights reserved.
Terms of Use