Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Kristen E. Law-Sagafi (State Bar No. 222249)
ksagafi@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Facsimile: 415-956-1008

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PHYLLIS GRODZITSKY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | No. 2:12-cv-01142-SVW-PLA <br><br> **STIPULATION REGARDING REVIEW AND REDACTION OF THE COURT'S ORDER** BY FAX <br><br> Hon. Judge Stephen V. Wilson <br><br> Hon. Maj. Judge Paul L. Adams |

The parties jointly request that, in lieu of reviewing the Court's unredacted order regarding Plaintiffs' motion for class certification and application to amend the complaint, Defendant's motions to exclude the declarations of Tom Langford and Stephen Batzer, Ph.D., and motion for summary judgment in person at the

courthouse on January 30, 2014, as instructed in the Court's January 21, 2014, Minute Order [Dkt. 162], the Court instead email to the parties as soon as practicable a copy of the unredacted order. The parties agree to continue to keep all protected information in the unredacted order confidential pursuant to the terms of the Confidentiality Order in effect in this case [Dkt. 88]. The email containing the unredacted order may be directed to Counsel for Plaintiffs, Mark P. Chalos, at mchalos@lchb.com and Counsel for Defendant, Paul Cereghini, at paul.cereghini@bowmanandbrooke.com.

Within one business day of the receipt of the unredacted order, the parties will review it and advise the Court if any portions should be redacted for purposes of the public record.

If the Court is unable to grant this joint request and email the unredacted order to counsel by the close of business on Friday, January 24, 2014, counsel for Plaintiffs and Defendant alternatively request to appear in Court on Monday, January 27, 2014, at 10:00 a.m. to review the unredacted order and instruct the Court if any portions should be redacted.

IT IS SO STIPULATED.

Dated: January 24, 2014

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | BOWMAN AND BROOKE LLP |
|---|---|
| By: *Mark Chalos* <br> Mark P. Chalos | By: *Paul Cereghini* <br> Paul G. Cereghini |

1152671.2

- 2 -


| | |
|---|---|
| Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>Kristen E. Law-Sagafi (State Bar No. 222249)<br>ksagafi@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415-956-1000<br>Facsimile:  415-956-1008 | Paul G. Cereghini (SBN: 148016)<br>paul.cereghini@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>2901 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>Tel: 602.643.2300<br>Fax: 602.248.0947 |
| Mark P. Chalos (*pro hac vice*)<br>mchalos@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue, Suite 1650<br>Nashville, TN  37219-2423 | Robert L. Wise (*pro hac vice*)<br>rob.wise@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>901 East Byrd Street, Suite 1650<br>Richmond, VA 23219<br>Tel: 804.649.8200<br>Fax: 804.649.1762 |
| Annika K. Martin (*pro hac vice*)<br>akmartin@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br><br>*Attorneys for Plaintiffs* | Ryan L. Nilsen (*pro hac vice*)<br>ryan.nilsen@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>150 South Fifth Street, Suite 3000<br>Minneapolis, MN 55402<br>Tel:  612.339.8682<br>Fax:  612.672.3200 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marion V. Mauch
marion.mauch@bowmanandbrooke.com
BOWMAN & BROOKE LLP
970 West 190th Street
Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719-1019

*Attorneys for Defendant
American Honda Motor Co., Inc.*

1152671.2

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, I had the attached document(s) manually filed with the Clerk's office pursuant to LR 5-4.6.2, and that I served the attached documents via U.S. Mail on the counsel indicated below:

Mark Godino
*info@glancylaw.com*
GLANCY BINKOW & GOLDBURG LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

Jon A. Tostrud
*jtostrud@tostrudlaw.com*
TOSTRUD LAW GROUP, PC
1901 Avenue of the Stars, Ste. 200
Los Angeles, CA 90067
Telephone: 310-278-2600

J. Barton Goplerud
*jbgoplerud@hudsonlaw.net*
HUDSON MALLANEY SHINDLER & ANDERSON, PC
5015 Grand Ridge Drive, Ste. 100
West Des Moines, IA 50265
Telephone: 515-223-4567

*Attorneys for Plaintiffs*

Paul G. Cereghini (SBN: 148016)
paul.cereghini@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ 85012
Tel: 602.643.2300
Fax: 602.248.0947

Robert L. Wise (*pro hac vice*)
rob.wise@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Tel: 804.649.8200
Fax: 804.649.1762

Ryan L. Nilsen (*pro hac vice*)
ryan.nilsen@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: 612.339.8682
Fax: 612.672.3200

Marion V. Mauch
marion.mauch@bowmanandbrooke.com
BOWMAN & BROOKE LLP
970 West 190th Street
Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719-1019

*Attorneys for Defendant American Honda Motor Co., Inc.*

Dated: January 24, 2014

/s/ Mark Chalos
MARK P. CHALOS