Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415-956-1000
Facsimile:  415-956-1008

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PHYLLIS GRODZITSKY, JEREMY BORDELON, STEPHANIE MANZO, SOHAL SHAH, and JOYCE YOUNG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:12-cv-01142-SVW-PLA<br><br>**Notice of Motion and Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel**<br><br>Date:    April 10, 2017<br>Time:   1:30 PM<br>Ctrm:   10A – Hon. Stephen V. Wilson |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 10, 2017, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the United States District Court, Central District of California, Western Division, located at First

1340108.2                                                    - 1 -

Street Courthouse, 350 W. 1st Street, 10th Floor, Los Angeles, California 90012, Plaintiffs will move the Court for class certification and for appointment of class representatives and class counsel.

This Motion is based on this Notice of Motion; the Memorandum of Points and Authorities in support of this Motion; the Declaration of Annika K. Martin and the exhibits attached thereto; the declaration of Glenn Akhavein and the exhibits attached thereto; the Declarations of Jonathan D. Selbin, Marc Godino, Jon Tostrud, J. Bart Gopelrud, Charity Anyiam, Jonathan Pendarvis, and Dennis Mason; the pleadings, records, and files in this action; and such other and further evidence and argument as may be presented at the time of the hearing.

This motion is made following the conference of counsel pursuant to Civil Local Rule 7-3, which took place on January 30, 2017.

Dated: March 3, 2017                    Respectfully submitted,

By: _____
Jonathan D. Selbin

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (*pro hac vice*)
mchalos@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

Annika K. Martin (*pro hac vice*)
akmartin@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Marc Godino (State Bar No. 182689)
mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Jon A. Tostrud (State Bar No. 199502)
jtostrud@tostrudlaw.com
TOSTRUD LAW GROUP, P.C.
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640

J. Barton Goplerud
jbgoplerud@hudsonlaw.net
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887

*Attorneys for Plaintiffs*